# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1359

_____

James Edward Green, Jr.

*Plaintiff - Appellant*

v.

Mark Gober, Drew County Sheriff; Susan Potts, Administrator of Drew County Detention Facility; Paul D. Selby, Attorney, Monticello Regional OCSE; Bettye Judkins, Manager, Monticello Regional OCSE; Parker Houser, Claims Representative, Social Security; Carolyn W. Colvin, Acting Commissioner of Social Security Administration; Talia Lambert, Investigator, Monticello Office of Child Support Enforcement; Arkansas Department of Finance & Administration; United States of America

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: August 7, 2015
Filed: August 17, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

James Edward Green, Jr. appeals the district court[1] orders dismissing his claims brought under the Federal Tort Claims Act (FTCA), 42 U.S.C. § 1983, and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). Upon de novo review, *see Coker v. Ark. State Police*, 734 F.3d 838, 841 (8th Cir. 2013) (summary judgment); *Flores v. United States*, 689 F.3d 894, 900 (8th Cir. 2012) (subject matter jurisdiction under FTCA), we find no basis for overturning the district court's determinations that jurisdiction over Green's FTCA claims was lacking, and that Green created no jury issues on his section 1983 or *Bivens* claims. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.